TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
MARK TAKLA (Cal. Bar No. 218111)
Assistant United States Attorney
Chief, Orange County Office
     411 W. 4th Street, Suite 8000
     Santa Ana, CA 92701
     Telephone: (714) 338-3591
     Email: mark.takla@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 8:26-mj-00049-DUTY |
|---|---|
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS COMPLAINT AGAINST DEFENDANT RICARDO ALFONSO RAMIREZ |
| v. | |
| RICARDO ALFONSO RAMIREZ, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Mark Takla, hereby moves to dismiss the complaint against defendant RICARDO ALFONSO RAMIREZ without prejudice.

On February 29, 2026, I spoke with defendant's counsel of record, Deputy Federal Public Defender Adithya Mani, who stated defendant does not object to the government's motion to dismiss.

///

The government filed a criminal complaint against defendant on June 21, 2026.

Dated: February 19, 2026

Respectfully submitted,

TODD BLANCHE
Deputy Attorney General

BILAL A. ESSAYLI
First Assistant United States
Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division


_____/s/_____
MARK TAKLA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA