TODD BLANCE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
By: MARK TAKLA (714) 338-3591
Assistant United States Attorney
411 W. 4th Street, Ste 8000
Santa Ana, CA 92701

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF, v. RICARDO ALFONSO RAMIREZ, DEFENDANT | CASE NUMBER 8:26-mj-00049-DUTY |
| --- | --- |
| | **AMENDED ORDER FOR DISMISSAL OF MAGISTRATE'S COMPLAINT AND RECALL OF ARREST WARRANT** |

A Magistrate's Complaint having been filed before the Honorable Autumn D. Spaeth, United States Magistrate Judge, in Santa Ana, California, against the above-named defendant, charging a violation of Title 18, United States Code, Section 111(a)(1), and the United States of America having moved for a dismissal of the complaint by the presentment of this Order,

IT IS HEREBY ORDERED that said Complaint be dismissed as to defendant RICARDO ALFONSO RAMIREZ without prejudice, that the bond be exonerated, and that all future court dates be vacated.

Date: _____

_____
United States Magistrate Judge

Presented by:

/s/ *Mark Takla*
MARK TAKLA
Assistant United States Attorney

**Complaint Filed: January 21, 2026**

**Is the person in U.S. Marshal Service custody?**
YES ☐
NO X